IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND VALENTI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RANDY GROUNDS, SUSAN KERR, DOCTOR WILLIAMS, and DOCTOR SHAH,<br><br>　　　　Defendants. | Case No. 14-cv-673-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 11) of Magistrate Judge Philip M. Frazier recommending this Court deny plaintiff Raymond Valenti's motion for a temporary restraining order contained in his complaint (Doc. 1).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court **ADOPTS** the R & R (Doc. 11) and **DENIES** Valenti's request for a temporary restraining order contained in his complaint (Doc. 1).

**IT IS SO ORDERED.**
**DATED:** July 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**