IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND VALENTI,<br><br>                Plaintiff,<br><br>        vs.<br><br>S.A. GODINEZ, *et al..*,<br><br>                Defendants. | Case No. 14-cv-673-SMY-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendants Randy Grounds and Susan Kerr's Suggestion of Death (Doc. 18) indicating that Plaintiff passed away during the pendency of this action. Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiff's successor(s) or representative(s) may file a motion for substitution no later than 90 days within service of this Order. If Plaintiff's successor(s) or representative(s) do not file such a motion, this matter shall be dismissed.

The Court **DIRECTS** the Clerk of Court to mail a copy of this Order to "Next of Kin of Raymond Valenti" at Plaintiff's last known address.

**IT IS SO ORDERED.**

**DATED:**  June 3, 2015

s/ Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**
